JAMES J. WALDORF (SBN 38297)
KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CV 00-06946 AHS (AJWx) |
| Plaintiff, | ORDER CONTINUING DEBTOR'S EXAMINATION |
| vs. | Date: June 25, 2007 |
| MARIA E. CALLEJAS, AKA MARIA E. ALONZO, AKA MARIA E. OR C OR A FLORES, AKA MARIA CALLEJEJAS, | Time: 10:00 a.m.<br>Crtrm: 690 |
| Defendant. | |

The debtor's examination of defendant, MARIA E. CALLEJAS, AKA MARIA E. ALONZO, AKA MARIA E. OR C OR A FLORES, AKA MARIA CALLEJEJAS currently set for June 25, 2007 at 10:00 a.m. is hereby continued to July 23, 2007 at 10:00 a.m. in courtroom 690.

IT IS SO ORDERED:

    June 8, 2007

DATE:_____            _____/ s /_____
                                              UNITED STATES MAGISTRATE JUDGE
                                              ANDREW J. WISTRICH