JAMES J. WALDORF (SBN 38297)
KATHRYN E. VAN HOUTEN (SBN 143402)
IRSFELD, IRSFELD & YOUNGER LLP
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile:  (818) 240-7728

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        vs.<br><br>MARIA E. CALLEJAS, AKA<br>MARIA E. ALONZO, AKA<br>MARIA E. OR C OR A FLORES,<br>AKA MARIA CALLEJEJAS,<br><br>            Defendant.<br>_____ | Case No.: CV 00-06946-AHS (AJWx)<br><br>ORDER<br>VACATING DEBTOR'S<br>EXAMINATION<br><br>Date:  July 23, 2007<br>Time: 10:00 a.m.<br>Ctrm:  690 |

    The debtor's examination of defendant, MARIA E. CALLEJAS, AKA

MARIA E. ALONZO, AKA MARIA E. OR C OR A FLORES, AKA MARIA

CALLEJEJAS,  currently set for July 23, 2007 at 10:00 a.m. is hereby vacated.

IT IS SO ORDERED:

            July 13, 2007                                    Andrew J. Wistrich
DATE:_____          _____
                                                            UNITED STATES MAGISTRATE JUDGE
                                                            Andrew J. Wistrich

1